UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNEST CALVINO, JR.,

                     Plaintiff,

-against-

JOEL RIVERA, ET AL.,

                     Defendants.

20-CV-0872 (CM)

CIVIL JUDGMENT

Pursuant to the order issued February 3, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 3, 2020
          New York, New York

                                                  COLLEEN McMAHON
                                           Chief United States District Judge